8 So.2d 895

**BIRMINGHAM ELECTRIC CO. v. Lillian Ruth WREN, pro ami.**

**6 Div. 29.**

Supreme Court of Alabama.

June 6, 1942.

Lange, Simpson, Brantley & Robinson, of Birmingham, for appellant.

Taylor & Higgins, of Birmingham, for appellee.

PER CURIAM.

Reversed and remanded per agreement.

11 So.2d 164

**Chas. Aubrey CHAMBERS v. STATE.**

**6 Div. 58.**

Supreme Court of Alabama.

Oct. 8, 1942.

Rehearing Denied Nov. 12, 1942.

Chas. Aubrey Chambers, pro se.

Wm. N. McQueen, Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Chas. Aubrey Chambers for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Chambers v. State, 30 Ala.App. 626, 11 So.2d 167.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.

8 So.2d 895

**Re: Harry B. COHEN, as G'd'n.**

**6 Div. 607.**

Supreme Court of Alabama.

June 30, 1942.

PER CURIAM.

Appeal dismissed on motion of appellant.

8 So.2d 896

**Henry HUDSON v. STATE ex rel. Frank B. EMBRY, Solicitor.**

**7 Div. 650.**

Supreme Court of Alabama.

May 26, 1942.

PER CURIAM.

Appeal dismissed for want of prosecution.

11 So.2d 164

**Ex parte Mattie LAMPKIN.**

**6 Div. 92.**

Supreme Court of Alabama.

Oct. 21, 1942.

M. B. Grace, of Birmingham, for petitioner.

PER CURIAM.

Petition dismissed on motion of petitioner.